THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN
CALAFF, Appellant.

Submitted February 3, 2014; decided February 20, 2014

Motion by respondent to enlarge the record on appeal to include certain off-the-record documents contained in the supplemental appendix for respondent or to take judicial notice of those documents denied. Cross motion by appellant to strike the off-the-record portions of the supplemental appendix for respondent and the related references in the respondent's brief granted.